### IIN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF GEORGIA
### COLUMBUS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**ANTHONY HOOD** | **Case No.: 4:23-CR-00005-CDL-MSH-1** |

### ORDER

Defendant was indicted on February 15, 2023, ECF. 1, and arraigned on March 21, 2023, ECF Text Entry 7. A Pretrial Conference is currently scheduled for April 25, 2023. Defendant requests a continuance and the government does not oppose. Specifically, Defendant needs additional time to review discovery with Mr. Hood and research the case.

IT IS HEREBY ORDERED that the above-referenced matter be continued to next term of Court set for <u>September 2023 term</u>, and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time. The Court finds that the ends of justice served by granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for the Defendant and Government the reasonable time necessary for effective preparation. 18 U.S.C. §§ 3161(h)(7)(A)-(B). The delay occasioned by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

SO ORDERED, this **14th** day of **April, 2023**.

S/Clay D. Land
Clay D. Land, U.S. District Judge